UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

D.S. and J.S., individually and on behalf of T.S.,

                              Plaintiffs,

v.

ROCKVILLE CENTRE UNION FREE SCHOOL DISTRICT,

                              Defendant.

Civil Action No. 2:19-cv-3430 (GRB)

---

## **NOTICE OF MOTION**

PLEASE TAKE NOTICE that upon the annexed Declaration of J.S., the annexed Exhibits 1 through 4, and the accompanying Memorandum of Law, Plaintiffs D.S. and J.S. respectfully move the Court for leave to supplement the record with additional evidence. This motion is made pursuant to Section 615(i)(2)(C)(ii) of the Individuals with Disabilities Education Act, providing that "In any action brought under this paragraph, the court . . . shall hear additional evidence at the request of a party." Pub. L. No. 108-446, 118 Stat. 2724 (codified as amended at 20 U.S.C. § 1415(i)(2)(C)(ii)).

Dated:  October 11, 2019

                                                        Respectfully submitted,

                                                        Gina M. DeCrescenzo, Esq.
                                                        Bar No. GD 2690
                                                         Gina DeCrescenzo, P.C.
                                                        180 S Broadway, Ste 302
                                                        White Plains, NY 10605
                                                         Tel: 914-615-9177
                                                        Fax: 914-615-9176
                                                         Email: gina@decrescenzolaw.com